**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Julian, | No. CV-16-00576-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Swift Transportation Company Incorporated, et al., | |
| Defendants. | |

On August 28, 2020, the parties filed a joint status report indicating they have agreed to a settlement. (Doc. 278). Plaintiffs will be required to file their motion seeking approval of the settlement by September 18, 2020. The trial will not be vacated at this time.

Accordingly,

**IT IS ORDERED** no later than **September 18, 2020**, Plaintiffs shall file their motion for approval of the settlement.

**IT IS FURTHER ORDERED** the Motions in Limine (Doc. 263, 266, 268, 269, 273) are **DENIED WITHOUT PREJUDICE**.

Dated this 31st day of August, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge